UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARRIE JADORE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | CASE NO. 2:19-cv-01393-JRC<br><br>ORDER GRANTING MOTION TO SUPPLEMENT AND TO AMEND SCHEDULING ORDER |

This matter is before the Court on defendant's motion for leave to file a supplement to the Administrative Record ("AR") and to amend the scheduling order, which plaintiff does not oppose. *See* Dkt. 20.

Having considered defendant's motion and that plaintiff has no opposition, the Court finds good cause to grant the motion.

The transcript of the April 20, 2016 hearing shall be filed as a supplement to the AR by August 28, 2020. The briefing schedule shall be amended as follows: the opening brief is due on or before September 25, 2020, the responsive brief is due on or before October 23, 2020, and

///

1 | any reply brief is due on or before November 6, 2020.

2 | Dated this 20th day of August, 2020.

*[signature]*

J. Richard Creatura
United States Magistrate Judge